**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00878-CV**

**J.M.P., JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-92-1623**

**ORDER**

Before the Court is appellee's January 9, 2023 unopposed second motion for extension of time to file its brief. We **GRANT** the motion and extend the time to **January 20, 2023**. We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE